[No. 46382-2-II.  Division Two.  January 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KRISTEN A. MARIA HIGHSMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-00159-1, Jeanette Dalton, J., entered May 23, 2014. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Maxa, JJ.

[No. 46464-1-II.  Division Two.  January 19, 2016.]

MARY JO FABER, *Respondent*, v. KENNETH L. FABER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-3-02222-3, Stephanie A. Arend, J., entered June 17, 2014. *Affirmed in part* and *reversed in part* by unpublished opinion per Maxa, J., concurred in by Bjorgen, A.C.J., and Melnick, J.

[No. 46465-9-II.  Division Two.  January 19, 2016.]

JZK, INC., *Respondent*, v. VIRGINIA COVERDALE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-2-02241-8, Gary R. Tabor, J., entered July 26, 2013. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J.